1  JOSEPH A. MANDOUR, III (SBN 188896)
2  GORDON E. GRAY (SBN 175209)
   BEN T. LILA (SBN 246808)
3  MANDOUR & ASSOCIATES, APC
   16870 West Bernardo Drive, Suite 400
4  San Diego, CA 92127
   Tel: (858) 487-9300
5  Fax: (858) 487-9390
6  jmandour@mandourlaw.com

7  Attorneys for Plaintiff,
8  BIONEURIX CORPORATION

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12  BIONEURIX CORPORATION, a          )   SACV10-01027 DOC MLGx
13  California Corporation,            )   Civil Case No. _____
                                       )
14         Plaintiff,                  )
                                       )   BIONEURIX CORPORATION'S
15     v.                              )   COMPLAINT FOR COPYRIGHT
                                       )   INFRINGEMENT, TRADEMARK
16                                     )   INFRINGEMENT, UNFAIR
   AVILAN MARKETING, LLC,             )   COMPETITION, AND OTHER RELIEF
17  a New York Limited Liability Company; )
18  ILAN BEN-MENACHEM, an individual;  )
   and DOES 1-10, Inclusive,          )
19                                     )   DEMAND FOR JURY TRIAL
                                       )
20         Defendants.                 )
                                       )
21  --------------------------------- )

22
23       Plaintiff BioNeurix Corporation, by and through its counsel, alleges for its First
24  Amended Complaint against Defendants Avilan Marketing LLC, Ilan Ben-Menachem, and
25  Does 1-10, inclusive as follows:

26                       **NATURE OF THE ACTION**
27       1.    This is an action for unfair competition under state and federal law, copyright
28  infringement pursuant to 17 U.S.C. § 501, *et seq.*, trademark infringement pursuant to 15 U.S.C.

§§ 1114 and 1125, and related claims, based on Defendants' commercial and internet activities.

**THE PARTIES**

2.   Plaintiff BIONEURIX CORPORATION (hereinafter referred to as "BioNeurix"), is a corporation organized and existing under the laws of the State of California, having a place of business at 3001 Redhill Avenue, B2 Suite 224, Costa Mesa, California 92626.

3.   On information and belief, Defendant AVILAN MARKETING LLC (hereinafter referred to as "Avilan Marketing") is or purports to be a limited liability company organized and existing under the laws of the State of New York.

4.   On information and belief Defendant ILAN BEN-MENACHEM (hereinafter referred to as "Ben-Menachem") is an individual.

5.   Plaintiff is unaware of the true names and capacities of the defendants sued herein under the names "Does 1 through 10" and therefore refers to said parties by such fictitious names.  Plaintiff will amend this Complaint to allege the true names of the fictitiously named defendants when the same are ascertained.

6.   Defendants Avilan Marketing, Ilan Ben-Menachem, and Does 1 through 10, inclusive are hereinafter referred to collectively as Defendants.   Plaintiff is informed and believes that each of the Defendants were in some manner responsible for Plaintiff's damages, whether as an agent, employee, partner, joint venturer, assignee, successor, or alter ego of another one of the Defendants or in some other capacity.

**JURISDICTION AND VENUE**

7.   This Court has subject matter jurisdiction over this lawsuit under 28 U.S.C. § 1338, including 15 U.S.C. §§ 1114 and 1125, because the action arises under the copyright and trademark laws of the United States, and pendant jurisdiction of any and all state causes of action under 28 U.S.C. § 1367.

8.   This Court has personal jurisdiction over Defendants because, on information and belief, Defendants transact business in the Central District of California.   Further, on information and belief, Defendants systematically and continuously direct business activities

toward and into the Central District of California through advertisements, promotions, sales, and through a publicly accessible online website.

9.     Venue is proper and reasonable in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to this claim for copyright infringement, trademark infringement, and unfair competition occurred in this district.

## FACTS

10.     Plaintiff BioNeurix is a developer and distributor of dietary and nutritional supplements, which are sold throughout the United States and around the world.

11.     Since at least as early as June 1, 2003, BioNeurix has been using the distinctive trademark and trade name "AMORYN" in conjunction with products for use as dietary and nutritional supplements.  BioNeurix has made continuous use of the "AMORYN" trademark since adoption of the trademark.

12.     Since at least as early as July 27, 2004, BioNeurix has been using the distinctive trademark and trade name "SEREDYN" in conjunction with products for use as dietary and nutritional supplements. BioNeurix is the owner of the United States Trademark Registration No. 3,028,401 for "SEREDYN," which was registered on December 13, 2005.  BioNeurix has made continuous use of the "SEREDYN" trademark since adoption of the trademark.  A true and correct copy of the "SEREDYN" registration is attached hereto as Exhibit A.

13.     Since at least as early as December 2002, BioNeurix maintained and operated the website Amoryn.com, which is publicly accessible on the Internet.  The website at Amoryn.com at all relevant times contained, *inter alia*, copyrighted product information and graphical images owned by BioNeurix.   The website further contained product testimonials compiled, maintained, and displayed by BioNeurix.   BioNeurix is the owner of the copyrighted compilation of testimonials and has the right to enforce the copyrights of the testimonials (the "Copyrighted Testimonials").   A true and correct copy of the Amoryn.com website copyright registration is attached hereto as Exhibit B.

14.     On information and belief, Defendants are the producers and distributors of dietary and nutritional supplement products which directly compete with BioNeurix' products.

Further on information and belief, Defendants market, advertise and sell their products through the website ViLift.com, which they maintain, host online, and operate.

15.     On information and belief, Defendants copied the Copyrighted Testimonials and a graphic image from BioNeurix' website at Amoryn.com and republished, displayed, and otherwise made available copies on Defendants' website at ViLift.com.   The Copyrighted Testimonials and graphic image were either copied verbatim or with insubstantial changes.

16.     On information and belief, Defendants were fully aware of their willful misappropriation of BioNeurix' copyrighted materials.   In or about January 2009, BioNeurix contacted Defendants regarding the Copyrighted Testimonials and graphic image.   Further, on information and belief, Defendants responded by making derivative works of BioNeurix' Copyrighted Testimonials and graphic image.   The derivative works included, *inter alia*, falsification of the Copyrighted Testimonials to display a purported different author.

17.     On information and belief, some years after BioNeurix adopted use of the "AMORYN" and "SEREDYN" trademarks (the "BioNeurix Trademarks"), Defendants began using the BioNeurix Trademarks to market, promote, and sell their own competing product entitled "VILIFT."   For example, Defendants have used, and continue to use the BioNeurix Trademarks on third-party websites to market and advertise VILIFT.   Defendants have also used the BioNeurix Trademarks as a search engine "keywords" to divert online users searching for BioNeurix to the ViLift.com website.   A true and correct copy of a print out of a search engine result is attached hereto as Exhibit C.

18.     Defendants' use of the BioNeurix Trademarks is likely to cause confusion among consumers, suppliers, and/or others in the marketplace as to the origins of BioNeurix' and Defendants' products, or as to their affiliation or sponsorship, and is detrimental to the goodwill and value associated with BioNeurix' business.

19.     On information and belief, Defendants' unauthorized use of the BioNeurix Trademarks and BioNeurix' copyrighted materials misleads consumers into believing that they are purchasing products authorized by BioNeurix, when they are not. If consumers were aware that Defendants' products were not in fact authorized by BioNeurix, the consumers would not

1   have likely purchased Defendants' products.  BioNeurix is harmed by this unauthorized

2   diversion of sales, as there is a likelihood of confusion.  Defendants' unauthorized use was an

3   unlawful, unfair and fraudulent business act and practice.  Further Defendants' acts constituted

4   unfair, deceptive, untrue, and misleading advertising.

5          20.     BioNeurix has continuously used and promoted the BioNeurix Trademarks in

6   various media throughout the United States and on the Internet through its website.

7   Accordingly, and for other reasons, the BioNeurix Trademarks acquired a favorable and well-

8   known reputation with consumers, and is entitled to broad protection.  The BioNeurix

9   Trademarks are therefore strong, inherently distinctive, and famous.  BioNeurix continues to

10  invest substantial sums in promoting its products and services offered under the BioNeurix

11  Trademarks.  On information and belief the quality of Defendants' products are inferior to

12  BioNeurix', tarnishing the image of BioNeurix' products and blurring the BioNeurix

13  Trademarks as an indicator of BioNeurix as a source.

14         21.     Defendants' use of the BioNeurix trademarks and the BioNeurix' copyrighted

15  materials in commercial advertising is deceptive, misleading, a false designation of origin, or

16  has a  tendency to deceive a substantial portion of the intended audience, and is material in that

17  it is  likely to influence purchasing decisions, given the fact that advertising travels in interstate

18  commerce. There is a likelihood of injury to BioNeurix in terms of lost sales, goodwill and

19  profits.

20         22.     On information and belief Defendants induced, caused, or materially contributed

21  to others to infringe the BioNeurix Trademarks and BioNeurix' copyrighted materials.  Further

22  on information and belief, Defendants' had the right, authority, and ability to control others

23  infringing the BioNeurix Trademarks and BioNeurix' copyrighted materials, and received a

24  financial benefit from the infringement.

25         23.     Defendants' wrongful activities are, on information and belief, willful in nature.

26  Defendants  adopted  and  continued  to  use  the  BioNeurix  Trademarks  and  BioNeurix'

27  copyrighted  materials  with  full  knowledge  of  BioNeurix  rights.   On  information  and  belief,

28  Defendants acted knowingly to infringe on the rights of BioNeurix, or with callous disregard for

the rights of BioNeurix.

## CLAIMS FOR RELIEF

### First Cause of Action

### (Copyright Infringement)

24.     Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 23 of the First Amended Complaint as though fully set forth herein.

25.     At all times relevant hereto, Plaintiff has been the owner of all copyright rights or rights to assert copyright claims for its website materials and the BioNeurix Copyrighted Testimonials.  Plaintiff further holds a copyright registration certificate from the United States Copyright Office for its website materials and the Copyrighted Testimonials.

26.     Without authorization, Defendants copied, reproduced, and republished the Plaintiff owned website materials and the Copyrighted Testimonials.  Defendants' copying, reproduction, and republication were to sell Defendants' products, and therefore were commercial in character and purpose.  Defendants either completely or substantially used Plaintiff's website materials and the Copyrighted Testimonials.

27.     Plaintiff did not authorize Defendants' copying, displaying, or republishing of the works.  Defendants infringed the copyrights of Plaintiff's creative works by reproducing, republishing, publicly displaying, and creating derivates of the works.

28.     As a result of Defendants' infringement, Plaintiff has suffered, and will continue to suffer, substantial losses, including but not limited to damage to its business reputation and goodwill.

29.     Defendants knew the infringed works belonged to Plaintiff and that it did not have authorization to exploit Plaintiff's works.  Defendants' infringements were therefore willful.

30.     On information and belief, Defendants induced, caused and materially contributed to the infringing acts of others by encouraging, inducing, allowing, and assisting others to reproduce and republish Plaintiff's works.  Further, on information and belief, Defendants had knowledge of the infringing acts of others relating to Plaintiff's copyrighted

1    work.

2        31.    On information and belief, Defendants have the right and ability to control the

3    infringing acts of the individuals and entities that directly infringed Plaintiff's works.  Further,

4    on information and belief, Defendants obtained a direct financial benefit from the infringing

5    activities of the individuals or entities that directly infringed Plaintiff's works.

6        32.    Defendants actions, as set forth above, constitute copyright infringement,

7    contributory copyright infringement, and vicarious copyright infringement in violation of the

8    Copyright Act, 17 U.S.C. § 501, *et seq.*

9                            **Second Cause of Action**

10                    **(Trademark Infringement under the Lanham Act)**

11        33.    Plaintiff repeats and incorporates by reference the statements and allegations in

12   paragraphs 1 to 32 of the First Amended Complaint as though fully set forth herein.

13       34.    Defendants' wrongful use of the federally registered SEREDYN mark falsely

14   indicates to consumers that Defendants' services originate from, are approved by, are sponsored

15   by, are licensed by, or are affiliated with Plaintiff or are otherwise associated with their services

16   in violation of 15 U.S.C. §1114.

17       35.    Defendants' wrongful use of SEREDYN in the manner described above is likely

18   to cause confusion, to cause mistake, or to deceive customers and potential customers of the

19   parties by suggesting some affiliation, connection, or association of Defendants with Plaintiff,

20   the source of the good bearing the SEREDYN mark.

21       36.    Defendants' actions, as set forth above, constitute trademark infringement in

22   violation of the Lanham Act.

23       37.    On information and belief, the wrongful activities, omissions and representations

24   of Defendants described herein were willful, oppressive, fraudulent, malicious, and were carried

25   out with intent to harm Plaintiff, or with a conscious disregard of Plaintiff's rights.

26   Accordingly, Plaintiff is entitled to and hereby seeks enhanced damages and recovery of its

27   attorneys' fees in an amount sufficient to punish and deter Defendants.

28

### Third Cause of Action

**(Unfair Competition, False Designation, and False Advertising under the Lanham Act)**

38.     Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 37 of the First Amended Complaint as though fully set forth herein.

39.     Defendants' actions, as set forth above, constitute unfair competition, false designation of origin, and false advertising in violation of the Lanham Act, 15 U.S.C. § 1125, all to the damage of Plaintiff as previously alleged.

40.     Additionally, Plaintiff seeks to enjoin Defendants and their agents and representatives from using the BioNeurix Trademarks and Plaintiff's copyrighted materials or any other similar variant during the pendency of this action, because this activity infringes Plaintiff's rights.

41.     There is a substantial likelihood that Plaintiff will prevail on the merits.  The BioNeurix Trademarks were used by Defendants to falsely indicate an association, approval, or adoption of Defendants' services by Plaintiff.

42.     If the Court does not grant a preliminary injunction or temporary restraining order, Defendants will continue their activities that infringe BioNeurix' copyright and trademark rights.

43.     Plaintiff will suffer irreparable injury if the Court does not enjoin Defendants from using the BioNeurix Trademarks because BioNeurix Trademarks will suffer from dilution or generic use.

44.     Defendants will not suffer undue hardship or loss as a result of the issuance of a preliminary injunction or temporary restraining order.

45.     Issuance of a preliminary injunction or temporary restraining order would not adversely affect the public interest.  In fact, the public will be benefited by not being confused as to an association between Plaintiff's and Defendants' products and services.

46.     Plaintiff asks this Court to set this request for preliminary injunction and temporary restraining order for hearing at the earliest possible time and, after hearing the request, issue a preliminary injunction or temporary restraining order against Defendants.

47.     On information and belief, the wrongful activities, omissions and representations of Defendants described herein were willful, oppressive, fraudulent, malicious, and were carried out with intent to harm Plaintiff, or with a conscious disregard of Plaintiff's rights. Accordingly, Plaintiff is entitled to and hereby seeks enhanced damages and recovery of its attorneys' fees in an amount sufficient to punish and deter Defendants.

### Fourth Cause of Action

### (Unfair Competition and Trademark Infringement - California Common Law)

48.     Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 47 of the First Amended Complaint as though fully set forth herein.

49.     Defendants' acts, as set forth above, constitute infringement and unfair competition under the common law of the State of California, all to the damage of Plaintiff as previously alleged.

### Fifth Cause of Action

### (Unfair Competition - California Business and Professions Code)

50.     Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 49 of the First Amended Complaint as though fully set forth herein.

51.     Defendants' acts, as set forth above, constitute unfair competition as defined in California Business and Professions Code § 17200, *et seq.*, all to the damage of Plaintiff as previously alleged.

### Sixth Cause of Action

### (Deceptive Trade Practices – California Business and Professions Code)

52.     Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 51 of the First Amended Complaint as though fully set forth herein.

53.     Defendants' acts, as set forth above, constitute deceptive trade practices under California Business and Professions Code § 17500, *et seq.*, all to the damage of Plaintiff as previously alleged.

**Seventh Cause of Action**

**(Trademark Infringement and Dilution – California Business and Professions Code)**

54.     Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 53 of the First Amended Complaint as though fully set forth herein.

55.     Defendants' acts, as set forth above, constitute trade name infringement and dilution under California Business and Professions Code § 14200, *et seq*., all to the damage of Plaintiff as previously alleged.

**DAMAGES**

56.     Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 55 of the First Amended Complaint as though fully set forth herein.

57.     As a direct and proximate result of Defendants' conduct, Plaintiff suffered the following damages:

> A.  Actual damages;
>
> B.  Profits of the Defendants;
>
> C.  Enhanced damages for willful infringement.

58.     Defendants appreciated that their unauthorized use of Plaintiff's copyrighted materials and trademarks results in an undue benefit to Defendants.

59.     Defendants' unauthorized use of the BioNeurix Trademarks unjustly enriches Defendants at the expense of Plaintiff's reputation and goodwill.

**ATTORNEYS' FEES**

60.     Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 59 of the First Amended Complaint as though fully set forth herein.

61.     This is an exceptional case, and Plaintiff is entitled to an award of attorneys' fees.

**PRAYER FOR RELIEF**

62.     WHEREFORE, Plaintiff asks that this Court grant judgment against Defendants for the following:

> A.     Defendants, their officers, agents, servants, employees, and attorneys, and all

persons in active concert or participation with any of them, be temporarily restrained, and preliminarily and permanently enjoined from their continuing wrongful acts, including but not limited to the following:

    i.  Using the designation "AMORYN" and "SEREDYN" or any other confusingly similar designation.

    ii.  Competing unfairly with Plaintiff in any manner, including unlawfully adopting or infringing on Plaintiff's "AMORYN" and "SEREDYN" trademarks or adopting or using any other marks or designations that are confusingly similar.

    iii.  Infringing Plaintiff's copyrighted works.

    iv.  Competing unfairly with Plaintiff in any manner, including infringing any Plaintiff's copyright and trademark rights.

    v.  Conspiring, encouraging, inducing, allowing, abetting, or assisting others in performing any of the activities referred to in subparagraphs (i) - (iv) above.

B.    Defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, deliver for destruction, or show proof of destruction of, any and all products, labels, signs, prints, packages, wrappers, receptacles, and advertisements, and any other materials in their possession or control that depict or reference the any of Plaintiff's trademarks or copyrighted materials or any other confusingly or substantially similar trademark, and any materials or articles used for making or reproducing the same.

C.    Defendants file with the Court and serve on Plaintiff, within 30 days after the entry and service on Defendants of an injunction, a report in writing and attested to under penalty of perjury setting forth in detail the manner and form in which Defendants have complied with the provisions of subparagraphs (A) and (B)

above.

D.     Plaintiff shall recover all damages it has sustained as a result of Defendants' infringement and unfair competition.

E.     Plaintiff shall be awarded Defendants' profits and enhanced damages.

F.     An accounting be directed to determine Defendants' profits resulting from their infringement and unfair competition and that the profits be paid over to Plaintiff, increased as the Court determines is appropriate to the circumstances of this case.

G.     Plaintiff shall be awarded statutory damages.

H.     The Court declare this case an exceptional case and award Plaintiff its reasonable attorneys' fees for prosecuting this action.

I.     Plaintiffs recover its costs of this action and pre-judgment and post-judgment interest, to the full extent allowed by law.

J.     An award of punitive damages to Plaintiff pursuant to, *inter alia*, California common law, Business and Professions Code § 14250, and any other relevant statute.

K.     Plaintiff shall receive all other relief the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by the jury on its claims herein and all issues and claims so triable in this action.

Respectfully submitted,

Dated: July 6, 2010                    MANDOUR & ASSOCIATES, APC

Ben T. Lila (SBN 246808)
blila@mandourlaw.com
Attorneys for Plaintiff,
BIONEURIX CORPORATION

**EXHIBIT A**

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

United States Patent and Trademark Office

Reg. No. 3,028,401

Registered Dec. 13, 2005

TRADEMARK
PRINCIPAL REGISTER

Seredyn

BIONEURIX CORP. (CALIFORNIA CORPORA-
TION)
3462 18TH ST.
SAN FRANCISCO, CA 94110

FOR: NATURAL DIETARY SUPPLEMENTS FOR
MOOD BALANCE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46,
51 AND 52).

FIRST USE 7-27-2004; IN COMMERCE 7-27-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-501,607, FILED 10-18-2004.

CAROLINE WOOD, EXAMINING ATTORNEY

EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-910-816

**Effective date of registration:**

April 8, 2009

## Title

**Title of Work:** Amoryn.com website 2005

## Completion/ Publication

**Year of Completion:** 2005

**Date of 1st Publication:** April 26, 2005     **Nation of 1st Publication:** United States

## Author

■       **Author:** BioNeurix Corporation

**Author Created:** text, photograph(s), compilation, artwork

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** BioNeurix Corporation

3001 Red Hill Avenue, Suite 2-224, Costa Mesa, CA, 92626, United States

## Limitation of copyright claim

**Material excluded from this claim:** some photographs

## Certification

**Name:** Joseph A. Mandour

**Date:** April 8, 2009

**Applicant's Tracking Number:** BioNeurix/8090.01-002

**EXHIBIT C**

amoryn - Google Search                                                     Page 1 of 2

Web   Images   Maps   News   Video   Gmail   more ▼          benlila@gmail.com | My Account | Sign out

 amoryn          Search   Advanced Search
                                              Preferences

Web                                    Results 1 - 10 of about 36,200 for amoryn. (0.06 seconds)

Order **Amoryn** for $19.95          Sponsored Links                    Sponsored Links
Amoryn.com    Direct from manufacturer. As low as $19.95 per
bottle. Free Shipping!                                      **Amoryn** In Stock.
                                                            Get **Amoryn** Stress, Anxiety Relief.
**Amoryn** - Free Shipping                                  Prompt, Free, Discreet Shipping.
www.applehealthstore.com    Delivery in 2-3 Days Anywhere in . the   www.eNutramart.com/**Amoryn**
World. Order **Amoryn** Here.
                                                            Is **Amoryn** For You?
**Amoryn**                                                  Get The Facts About **Amoryn**.Will
Vilift.com    Expell Anxiety, Depression & Stress 97% Success, No   **Amoryn** Help You? Find Out Now
Side Effects!                                               HealthNewsAnswers.com

**AMORYN** - Natural Supplement for Depression and          Buy **Amoryn** $29.95
Anxiety ... 🔼❎                                              Free Shipping for **Amoryn**
Discover **AMORYN**, the natural Mood Booster proven to help relieve   On Sale
depression and anxiety. The ingredients in **AMORYN** are safe,   fubaohealthstore.com
effective and 100% natural.
Natural ingredients - Order - Testimonials                  Does **Amoryn** Work?
www.**amoryn**.com/ - 40k - Cached - Similar pages - 🗩     Is **Amoryn** Safe? Learn More
                                                            About **Amoryn** Now.
      St. John's Wort Extract | Hypericum Perforatum | St   eSourceHealth.com
      Johns Wort 🔼❎
      **AMORYN**, a natural supplement with high-quality St. John's   Depression Product Review
      Wort ( Hypericum ) proven for depression & anxiety. Safe,   Review herbs and supplements that
      effective & 100% natural. Order online.               help with depression.
      www.**amoryn**.com/tg_sjw.html - 46k -                usmedicalresearch-depression.org
      Cached - Similar pages - 🗩
      More results from www.amoryn.com »                    **Amoryn**
                                                            Bid on **Amoryn** now!
Kelly's SJW discussion forum 🔼❎                            Find Dietary & Nutrition Items.
I thought I would let you all know how I am doing on **AmorYn**. ... I   www.eBay.com
started **AmorYn** on September 7th, 2005. It has only been 3 days, but
since I started I ...                                       Review Exulin & **Amoryn**
www.sjwinfo.org/forums/GeneralDiscussion/messages/14362.shtml -   Review Exulin and **Amoryn**, natural
57k - Cached - Similar pages - 🗩                           remedies for depression.
                                                            ProgressiveHealth.com/Depression
**Amoryn** St. John's Wort - == www.sjwforum.org ==
Welcome to the St ... 🔼❎                                   **Amoryn**
5 posts - 4 authors - Last post: Sep 5, 2006               Bargain Prices. Smart Deals.
**Amoryn** is a fraudulently marketed formulation with only 1/35 th of the   Save on **Amoryn**!
hyperforin that they profess is in it. Do not waste your money on ...   Shopzilla.com
www.websitetoolbox.com/tool/post/hypericum/vpost?id=1005225 - 40k
- Cached - Similar pages - 🗩                                      More Sponsored Links »

**Amoryn** Review, Side Effects and Comparisons 🔼❎
Learn more about **Amoryn**, a natural mood enhancer formulated with St. John's Wort, 5-HTP
and Rhodiola Rosea.
www.anxiety-and-depression-solutions.com/marketplace/**amoryn**.php - 88k -
Cached - Similar pages - 🗩

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

## SACV10- 1027 DOC (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Joseph A. Mandour (SBN 188896)
Ben T. Lila (SBN 246808)
Mandour & Associates, APC
16870 W. Bernardo Drive, Suite 400
San Diego, California, 92127
(858) 487-9300

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

BIONEURIX CORPORATION, a California
Corporation

PLAINTIFF(S)

v.

AVILAN MARKETING, LLC,
a New York Limited Liability Company; ILAN
BEN-MENACHEM, an individual; and DOES 1-10, Inclusive

DEFENDANT(S).

CASE NUMBER

SACV10-01027 DOC MLG

**SUMMONS**

TO:   DEFENDANT(S): _____
_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you
must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint
☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer
or motion must be served on the plaintiff's attorney, _Joseph A. Mandour_____, whose address is
_Mandour & Associates, APC, 16870 W. Bernardo Dr., Ste. 400 San Diego, CA, 92127_. If you fail to do so,
judgment by default will be entered against you for the relief demanded in the complaint. You also must file
your answer or motion with the court.

Clerk, U.S. District Court

Dated: ____JUL - 7 2010____

**CHRISTOPHER POWERS**

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed
60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                   **SUMMONS**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
BIONEURIX CORPORATION

**DEFENDANTS**
AVILAN MARKETING, LLC; ILAN BEN-MENACHEM; DOES 1-10

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Mandour & Associates, APC, 16870 W. Bernardo Drive, Suite 400, San Diego, California 92127, (858) 487-9300

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. § 501 Copyright Infringement for use of Bioneurix Copyrighted Testimonials, 15 U.S.C. § 1114, 1125, Trademark Infringement and other related claims

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                                **CIVIL COVER SHEET**                                Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑No   ☐ Yes

If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No   ☑Yes

If yes, list case number(s):  U.S.D.C., Southern District of California, Case Number: 3:09-cv-00875-JAH-POR

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☑A.  Arise from the same or closely related transactions, happenings, or events; or

☑B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☑D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York, Avilan Marketing LLC<br>New York, Ilan Ben-Menachem |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County (all claims) | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**

**Note**: In land condemnation cases, use the location of the tract of land involved .

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____  **Date** July 6, 2010

Notice to Counsel/Parties:    The CV-71 (JS-44)  Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |